UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID C. DREHER, JR.**                                                                 **PLAINTIFF**

**VS**                                                       **CIVIL ACTION NO. 1:15-cv-00023-JCG**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY**                                                                               **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

This cause came before the Court on February 1, 2016, for a bench trial. For the reasons stated in the Court's Findings of Facts and Conclusions of Law issued this day and pursuant to Federal Rules of Civil Procedure 52 and 58,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant on all claims asserted by Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that all of Plaintiff's claims in this action are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 3rd day of March, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE